**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000495
04-OCT-2024
08:10 AM
Dkt. 177 ORD**

NO. CAAP-20-0000495

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR
MORTGAGE LOAN TRUST 2006-3F, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-3F, Plaintiff-Appellee, v.
JEFFERSON HALONA YOUNG; LINDA D. YOUNG; BANK OF AMERICA, N.A.;
DEPARTMENT OF TAXATION-STATE OF HAWAIʻI;
PALEHUA COMMUNITY ASSOCIATION, Defendants-Appellees, and
GABI KIM COLLINS, Defendant-Appellant, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161001282)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of Defendant-Appellant Gabi Kim Collins's Motion for Reconsideration and Motion to Consolidate filed on September 30, 2024, the papers in support, and the record, it appears that the court did not overlook or misapprehend any point of law or fact when it entered the September 20, 2024 Summary Disposition Order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

Upon review of Defendant-Appellant Gabi Kim Collins's Motion to Consolidate cases CAAP-20-0000495 and CAAP-23-0000176, IT IS HEREBY FURTHER ORDERED that the Motion to Consolidate is denied.

DATED: Honolulu, Hawaiʻi, October 4, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge